IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Salazar, Rickey L | Case Number: 05 B 23894 |
|---|---|---|
| | Salazar, Kathleen G | Judge: Goldgar, A. Benjamin |
| | Printed: 8/5/08 | Filed: 6/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 26, 2008
Confirmed: August 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,170.00 | |
| Secured: | | 1,492.91 |
| Unsecured: | | 8,300.38 |
| Priority: | | 0.00 |
| Administrative: | | 626.00 |
| Trustee Fee: | | 588.71 |
| Other Funds: | | 1,162.00 |
| Totals: | 12,170.00 | 12,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Stuart B Handelman | Administrative | 626.00 | 626.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Sherwin Williams Emp CU | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 1,492.91 | 1,492.91 |
| 6. | Future Finance | Unsecured | 8,647.64 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,276.04 | 1,276.04 |
| 8. | Target National Bank | Unsecured | 2,660.58 | 2,660.58 |
| 9. | Resurgent Capital Services | Unsecured | 487.63 | 487.63 |
| 10. | ECast Settlement Corp | Unsecured | 704.53 | 704.53 |
| 11. | Kohl's/Kohl's Dept Stores | Unsecured | 641.01 | 641.01 |
| 12. | RoundUp Funding LLC | Unsecured | 2,530.59 | 2,530.59 |
| | | | _____ | _____ |
| | | | $ 19,066.93 | $ 10,419.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 206.19 |
| 5% | 52.35 |
| 4.8% | 100.52 |
| 5.4% | 186.49 |
| 6.5% | 43.16 |
| | _____ |
| | $ 588.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Salazar, Rickey L
       Salazar, Kathleen G
       Printed:  8/5/08

Case Number:  05 B 23894
Judge:  Goldgar, A. Benjamin
Filed:  6/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

